1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 ABBASS GORJI,                          )
                                          )  No. C 07-1600 MJJ
13               Plaintiff,               )
                                          )
14       v.                               )
                                          )  **STIPULATION TO DISMISS; AND**
15 ALBERTO R. GONZALES, Attorney General  )  **[PROPOSED] ORDER**
   of the United States in his official capacity; )
16 ROBERT S. MUELLER, Director            )
   of FBI in his official capacity;       )
17 MICHAEL CHERTOFF, Secretary of the     )
   Department of Homeland Security        )
18 in his official capacity;              )
   EMILIO T. GONZALEZ, Director of the    )
19 United States Citizenship and Immigration )
   Services in his official capacity;     )
20 DAVID N. STILL, District Director of the )
   San Francisco Citizenship and immigration )
21 Service Office in his official capacity, )
                                          )
22               Defendants.              )
                                          )
23

24       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

25 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

26 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

27       Each of the parties shall bear their own costs and fees.

   ///
28
   ///

Stipulation to Dismiss
C07-1600 MJJ                              1

| | |
|---|---|
| Date: April 20, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: April 20, 2007 | _____/s/_____<br>THEODORE C. CHEN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/25/2007

MARTIN J. JENKINS
United States District Judge

Stipulation to Dismiss
C07-1600 MJJ                               2